IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EHS MANAGEMENT GROUP OF FL, INC. <br>    *Plaintiff*, <br><br> v. <br><br> GENUINE FOOD LAB, LLC, <br>    *Defendant*. | Civil Action No. ELH-22-2182 |

**ORDER**

For the reasons stated in the preceding Memorandum, it is this 10th day of April, 2023, hereby ORDERED:

1) The Complaint (ECF 3) is DISMISSED, without prejudice;

2) The Clerk is directed to CLOSE this case.

                                                          /s/
                                      Ellen Lipton Hollander
                                      United States District Judge